UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WASHINGTON BENAVIDES MORAN, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Plaintiffs,

-against-

MUNCHKIN, INC.,

Defendant.

26-CV-7024 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On August 18, 2026, Plaintiff filed a Complaint against Defendant alleging a violation of the ADA. The complaint appears to allege that venue is proper because "Defendant conducts and conducts and continues to conduct a substantial and significant amount of business in this District," and the Plaintiff accessed Defendant's website from this district. Dkt. 1 at 4-5.

The Complaint does not make clear, however, that he in fact resides within the Southern District of New York. *See* 28 U.S.C. § 112(b). As such, Plaintiff is hereby ORDERED to file a letter to the Court no later than **August 26, 2026**, indicating what borough, county, and district he resides in. If the letter indicates that he does not reside in the Southern District of New York, the letter should also explain why the complaint should not be dismissed or transferred.

SO ORDERED.

Dated: August 19, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge