**GOTTLIEB & ASSOCIATES PLLC**
**ATTORNEYS**

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795 www.gottlieblaw.net

October 14, 2026

**VIA ECF**
The Honorable Arun Subramanian
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Benavides Moran v. Munchkin, Inc.*
Case No.: 1:26-cv-7024

Dear Judge Subramanian,

Plaintiff respectfully requests a 60-day adjournment of the initial pretrial conference currently scheduled for October 29, 2026, at 3:30 p.m., to December 28, 2026, or a date thereafter convenient for the Court.

Defendant has not yet answered the Complaint or appeared in this action. Accordingly, Plaintiff also respectfully requests a 30-day extension of Defendant's time to answer or otherwise respond to the Complaint to afford Defendant additional time to retain counsel and appear in this matter.

We thank the Court for its consideration.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC

/s/Michael A. LaBollita, Esq.
Michael A. LaBollita, Esq.

GRANTED.

The initial pretrial conference scheduled for October 29, 2026, is hereby adjourned to January 7, 2027, at 3:00 PM ET. The parties should file a joint letter, the contents of which are described in the August 19, 2026, order, Dkt. 6, on or before December 30, 2026.

The Court of Clerk is respectfully directed to terminate the motion at ECF 10.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: October 15, 2026